IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jose Luna,<br><br>Plaintiff,<br><br>v.<br><br>Take-Two Interactive Software, Inc.,<br><br>Defendant. | Civil Action No.: 1:25-cv-00208 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Jose Luna by and through his undersigned counsel of record, hereby dismisses his claims against Defendant TAKE-TWO INTERACTIVE, INC., without prejudice.

Dated: New York, New York
      April 10, 2025

Respectfully submitted,
**GUCOVSCHI ROZENSHTEYN, PLLC**

By: */s/ Adrian Gucovschi*
    Adrian Gucovschi, Esq.

Adrian Gucovschi
140 Broadway, Fl 46
New York, NY 10005
Tel: (212) 884-4230
adrian@gr-firm.com

*Counsel for Plaintiff*